OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 000.27⁵

78701
02 1W
0001401603 DEC. 18. 2015

WR-84,334-01

Abel Acosta, Clerk

RTS-Rel

12/14/2015
SCISSIONS, JOHN STEVEN Tr. Ct. No. 2007CR8839-W1
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RETURN TO SENDER:
___ UNAPPROVED OFFENDER CORRESPONDENCE
___ INVALID TDCJ-ID #
✓ RELEASED

JOHN STEVEN SCISSIONS
JOHN STEVEN SCISSIONS - TDC # 1580892